Submitted May 4, affirmed May 25, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIC MILES SCHRECENGOST,
*Defendant-Appellant.*

Marion County Circuit Court
19CR48443; A174617

511 P3d 89

Susan M. Tripp, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David O. Ferry, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Pagán, Judge, and Armstrong, Senior Judge.

PER CURIAM

Affirmed. *State v. Parker*, 259 Or App 547, 549, 314 P3d 980 (2013), *rev den*, 355 Or 380 (2014).